PETER K. HUSTON (SBN 150058)
phuston@sidley.com
MENESH PATEL (SBN 241072)
menesh.patel@sidley.com
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

WILLIAM BLUMENTHAL (pro hac vice to be filed)
wblumenthal@sidley.com
KAREN KAZMERZAK (pro hac vice to be filed)
kkazmerzak@sidley.com
Sidley Austin LLP
1501 K Street, N.W. #600
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

BRADLEY ELLIS (SBN 110467)
bellis@sidley.com
KIMBERLY DUNNE (SBN 142721)
kdunne@sidley.com
MARK HADDAD (SBN 205945)
mhaddad@sidley.com
HELENA TSEREGOUNIS (SBN 287422)
htseregounis@sidley.com
Sidley Austin LLP
555 W Fifth Street #4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Tribune Publishing Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:16-cv-01822 |
| Plaintiff, | ) **DEFENDANT TRIBUNE** |
| | ) **PUBLISHING CO.'S EX PARTE** |
| v. | ) **APPLICATION FOR LEAVE TO** |
| | ) **FILE A SUR-REPLY TO** |
| TRIBUNE PUBLISHING COMPANY, | ) **PLAINTIFF'S APPLICATION FOR** |
| | ) **TEMPORARY RESTRAINING** |
| Defendant. | ) **ORDER; DECLARATION OF** |
| | ) **WILLIAM BLUMENTHAL** |

1  Tribune Publishing Company ("Tribune") hereby files this Ex Parte Application
2  to File a Sur Reply in Opposition of Plaintiff's Application for Temporary Restraining
3  Order.  The sur-reply is attached as Exhibit A and addresses issues raised by the
4  Plaintiff in its reply.  In support of its request, Tribune sets forth the following:

5        1.      On March 17, 2016, the government filed a complaint initiating this case
6  [Doc. No. 1] and immediately sought an Ex Parte Application for a Temporary
7  Restraining Order as to the Acquisition of Freedom Communications, Inc. [Doc. No.
8  5] (the "Application for TRO").  Tribune subsequently filed its Opposition to the
9  Application for TRO [Doc. Nos. 11, 12].  Today, on March 18, 2016, the government
10  filed its Reply in support of its Application for TRO.  [Doc. No. 16].

11       2.      The proper procedure by which to file a surreply is to request leave to file
12  the brief.  *See* Local Rule 7-10; *see also Heffelfinger v. Electronic Data Sys. Corp.*,
13  580 F. Supp. 2d 933, 966 n. 116 (C.D. Cal. 2008), *rev'd in part on other grds.*,
14  *Heffelfinger v. Elec. Data Systems Corp.*, 492 Fed. Appx. 710 (9th Cir. 2012).
15  District courts retain discretion to permit a surreply.  *Vaughn v. Hood*, No. 2:14-CV-
16  2234 MCE KJN, 2015 WL 5020691, at *5 (E.D. Cal. Aug. 21, 2015); *Johnson v.
17  Cullen*, No. 3-98-CV-4043-SI, 2011 WL 2149313, *2, n.3 (N.D. Cal. June 1, 2011)
18  (granting leave to file surreply "given the import of the issues.").

19       3.      In light of the (i) importance of the issues at play in this case, including
20  the unavoidable consequence of even a "temporary" order restraining Tribune
21  Publishing Company from seeking Bankruptcy Court approval of its auction-winning
22  offer to acquire the assets of Freedom Communications, Inc. as well as (ii) the points
23  raised by the government in its Reply, Tribune seeks this Court's leave to file a
24  surreply.  Accordingly, Tribune submits it has good cause to submit this surreply
25  under the unique circumstances of this case.

26       4.      As described in the Declaration of William Blumenthal, attached hereto,
27  and in accordance with the Local Rules, Tribune has reached out to the government in
28  advance of filing this application for leave to file a surreply.

- 1 -

WHEREFORE, Tribune respectfully requests leave to file the surreply attached to this application as Exhibit A, which addresses the developments discussed above, and requests that, if this Court grants such leave, that it would consider the surreply attached hereto.

Dated: March 18, 2016

SIDLEY AUSTIN LLP


By: /s/ Peter K. Huston
    Peter K. Huston
Attorneys for Tribune Publishing Company

EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY TO
PLAINTIFF'S APPLICATION FOR TRO

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am a citizen of the United States and I am over the age of 18 and not a party to the within action.  My business address is 555 California Street, Suite 2000, San Francisco, CA 94104.

On March 18, 2016, I caused to be served the following document:

**DEFENDANT TRIBUNE PUBLISHING CO.'S EX PARTE APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER; DECLARATION OF WILLIAM BLUMENTHAL**

on the following party(ies) by posting the document to the CM/ECF System of the United States District Court, which electronically notifies the parties.

William H. Jones, II
Thomas Carter
Nathan P. Sutton
Jeffery G. Vernon
Robin Crauthers
United States Department of Justice, Antitrust Division
450 5th Street, N.W.
Suite 4000
Washington, DC 20001
bill.jones2@usdoj.gov
thomas.carter2@usdoj.gov
nathan.sutton@usdoj.gov
jeffrey.vernon@usdoj.gov
robin.crauthers@usdoj.gov

*Attorneys for the United States Department of Justice*

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 18, 2016, at San Francisco, California.

/s/ Peter K. Huston
Peter K. Huston