PETER K. HUSTON (SBN 150058)
phuston@sidley.com
MENESH PATEL (SBN 241072)
menesh.patel@sidley.com
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

WILLIAM BLUMENTHAL (pro hac vice to be filed)
wblumenthal@sidley.com
KAREN KAZMERZAK (pro hac vice to be filed)
kkazmerzak@sidley.com
Sidley Austin LLP
1501 K Street, N.W. #600
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

BRADLEY ELLIS (SBN 110467)
bellis@sidley.com
KIMBERLY DUNNE (SBN 142721)
kdunne@sidley.com
MARK HADDAD (SBN 205945)
mhaddad@sidley.com
HELENA TSEREGOUNIS (SBN 287422)
htseregounis@sidley.com
Sidley Austin LLP
555 W Fifth Street #4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Tribune Publishing Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TRIBUNE PUBLISHING COMPANY,<br><br>   Defendant. | Case No. 2:16-cv-01822<br><br>**DECLARATION OF WILLIAM BLUMENTHAL IN SUPPORT OF DEFENDANT TRIBUNE PUBLISHING COMPANY'S EX PARTE APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

DECLARATION OF W. BLUMENTHAL

# DECLARATION OF WILLIAM BLUMENTHAL

I, William Blumenthal, declare and state as follows:

1. I am counsel for Defendant Tribune Publishing Company ("Tribune"). I am an attorney licensed to practice law before the courts of the District of Columbia. I have personal knowledge of the facts set forth in this declaration.

2. On March 18, 2016, I spoke with William H. Jones II of the DOJ, who returned a voicemail I had previously left. My voicemail advised that I was calling to provide oral notice that Tribune was planning to file an *Ex Parte Application for Leave to File a Sur Reply*, and that I was seeking his consent to the Application. When Mr. Jones returned my call, he informed that the DOJ did not object. We then discussed the content of the surreply which conversation included Tribune's views on the Plaintiff's position regarding (i) the issues of post-closing divestitures and (ii) that the United States did not have notice of Tribune's objective to acquire Freedom.

3. On March 18, 2016, I also called Nathan Sutton of the DOJ on his office line and left a voicemail that was substantially the same as the voicemail I left for Mr. Jones.

1  I declare under penalty of perjury under the laws of the District of Columbia
2  and the United States of America that the foregoing is true and correct.  Executed this
3  18th day of March, 2016, at Washington, D.C.

4  Dated:  March 18, 2016

By: *William Blumenthal* (signature)

William Blumenthal

Attorney for Tribune Publishing Company

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
DECLARATION OF W. BLUMENTHAL