PETER K. HUSTON (SBN 150058)
phuston@sidley.com
MENESH PATEL (SBN 241072)
menesh.patel@sidley.com
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

WILLIAM BLUMENTHAL (pro hac vice to be filed)
wblumenthal@sidley.com
KAREN KAZMERZAK (pro hac vice to be filed)
kkazmerzak@sidley.com
Sidley Austin LLP
1501 K Street, N.W. #600
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

BRADLEY ELLIS (SBN 110467)
bellis@sidley.com
KIMBERLY DUNNE (SBN 142721)
kdunne@sidley.com
MARK HADDAD (SBN 205945)
mhaddad@sidley.com
HELENA TSEREGOUNIS (SBN 287422)
htseregounis@sidley.com
Sidley Austin LLP
555 W Fifth Street #4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Tribune Publishing Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TRIBUNE PUBLISHING COMPANY,<br><br>  Defendant. | Case No. 2:16-cv-01822<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TRIBUNE PUBLISHING COMPANY'S EX PARTE APPLICATION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF ITS APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

# [PROPOSED] ORDER

Having considered Tribune Publishing Company's Ex Parte Application For Leave To File A Sur-Reply To Plaintiff's Reply in Support of its Application For Temporary Restraining Order, the memorandum of points and authorities in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Tribune Publishing Company's Application For Leave To File A Sur-Reply To Plaintiff's Reply in Support of its Application For Temporary Restraining Order, is GRANTED.

Dated: March ___, 2016

_____
The Honorable Andre Birotte, Jr.
United States District Judge

[PROPOSED] ORDER RE APPLICATION FOR LEAVE TO FILE SUR-REPLY
TO PLAINTFF'S REPLY IN SUPPORT OF ITS APPLICATION FOR TRO