WILLIAM H. JONES II (TX Bar No. 24002376)
bill.jones2@usdoj.gov
NATHAN P. SUTTON (DC Bar No. 477021)
nathan.sutton@usdoj.gov
THOMAS E. CARTER (NY Bar No. 5205059)
thomas.carter2@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 5th Street N.W.
Washington, D.C. 20001
Telephone: 202-514-0230
Facsimile: 202-514-7308

Counsel for Plaintiff,
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>TRIBUNE PUBLISHING CO.,<br>    Defendant. | Case No.  2:16-cv-01822-AB(PJWx)<br><br>**STIPULATION REGARDING TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION HEARING** |

**WHEREAS,** the United States filed this action to under Section 7 of the Clayton Act, 15 U.S.C. § 18, to prevent Defendant Tribune Publishing Company from acquiring the assets of Freedom Communications, Inc.;

1

1      **WHEREAS**, this Court granted the United States' request for a Temporary

2 Restraining Order and scheduled a Preliminary Injunction hearing on Monday,

3 March 28, 2016 (Dkt. No. 18);

4      **WHEREAS,** at a hearing on Monday, March 21, 2016, in *In re Freedom

5 Communications, Inc.*, Case No. 8:15-bk-15311-MW, the Honorable Mark S.

6 Wallace orally approved the sale of the assets of Freedom to MediaNews Group,

7 Inc., rather than Defendant Tribune;

8      **WHEREAS,** the parties anticipate that MediaNews Group will shortly close

9 its acquisition of Freedom and terminate Tribune's efforts to acquire the Freedom

10 assets;

11     **WHEREAS**, the parties agree that in light of these developments, the

12 currently scheduled preliminary injunction hearing on March 28, 2016 is

13 unnecessary;

14     **WHEREAS,** the United States anticipates filing appropriate papers to

15 terminate this action once the purchase by MediaNews Group is confirmed;

16     **WHEREAS**, Defendant Tribune consents to maintaining the Temporary

17 Restraining Order in effect through April 1, 2016;

18     **NOW THEREFORE,  IT IS HEREBY STIPULATED THAT:**

19     1. The preliminary injunction hearing currently scheduled for March 28,

20        2016 is unnecessary.

2. The Temporary Restraining Order (Dkt. No. 18) should remain in effect through April 1, 2016.

3. The United States should file on or before April 1, 2016 a report regarding the closing of MediaNews Group's acquisition of Freedom.

4. The parties request that the Court grant the attached Proposed Order.

Dated: March 23, 2016

DEPARTMENT OF JUSTICE
ANTITRUST DIVISION

By:   /s/ William H. Jones II
      William H. Jones II

Attorney for the United States of America

Dated: March 23, 2016

SIDLEY AUSTIN LLP

By:   /s/ Peter K. Huston
      Peter K. Huston

Attorney for Tribune Publishing Co.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused Stipulation to be filed through the Court's Electronic Filing System (ECF), which will provide service to counsel of record.

Dated: March 23, 2016

DEPARTMENT OF JUSTICE
ANTITRUST DIVISION

By:   /s/ William H. Jones II
      William H. Jones II

Attorney for the United States of America