WILLIAM H. JONES II (TX Bar No. 24002376)
bill.jones2@usdoj.gov
NATHAN P. SUTTON (DC Bar No. 477021)
nathan.sutton@usdoj.gov
THOMAS E. CARTER (NY Bar No. 5205059)
thomas.carter2@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 5th Street N.W.
Washington, D.C. 20001
Telephone: 202-514-0230
Facsimile: 202-514-7308

Counsel for Plaintiff,
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TRIBUNE PUBLISHING CO.,<br>Defendant. | Case No. 2:16-cv-01822-AB(PJWx)<br><br>**STATUS REPORT REGARDING ACQUISITION OF FREEDOM COMMUNICATIONS, INC. BY MEDIANEWS GROUP** |

1.     In accordance with the Court's Order Regarding Temporary Restraining Order and Preliminary Injunction Hearing entered on March 24, 2016 (Dkt. No. 29), the United States submits this Status Report.

2.      The United States filed this action following Defendant Tribune's selection as the winning bidder for the assets of Freedom Communications, Inc. ("Freedom").

3.      As the parties reported in their Stipulation on March 23, 2016 (Dkt. No. 24), a different bidder, MediaNews Group (d/b/a Digital First Media), was subsequently selected by Freedom and approved by the Bankruptcy Court for the Central District of California to purchase Freedom's assets.

4.      On March 31, 2016, MediaNews Group closed its acquisition of Freedom.

5.      In light of these facts, the parties have stipulated to dismissal of this action without prejudice.

6.      Accordingly, the United States is filing, concurrently with this Status Report, a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:  April 1, 2016                              /s/ Thomas E. Carter

Thomas E. Carter
Attorney, Antitrust Division
U.S. DEPARTMENT OF JUSTICE
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
(202) 598-6490

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused this Status Report to be filed through the Court's Electronic Filing System (ECF), which will provide service to counsel of record.

Dated: April 1, 2016

                              DEPARTMENT OF JUSTICE
                              ANTITRUST DIVISION


                              By:   /s/ Thomas E. Carter
                                    Thomas E. Carter

                              Attorney for the United States of America