WILLIAM H. JONES II (TX Bar No. 24002376)
bill.jones2@usdoj.gov
NATHAN P. SUTTON (DC Bar No. 477021)
nathan.sutton@usdoj.gov
THOMAS E. CARTER (NY Bar No. 5205059)
thomas.carter2@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 5th Street N.W.
Washington, D.C. 20001
Telephone: 202-514-0230
Facsimile: 202-514-7308

Counsel for Plaintiff,
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:16-cv-01822-AB(PJWx) |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| TRIBUNE PUBLISHING CO., | |
| Defendant. | |

In view of the finalization of Media News Group's (d/b/a Digital First Media) purchase of the assets of Freedom Communications, Inc., which ends Defendant Tribune Publishing Company's current attempt to acquire those assets that was the subject of this litigation, and pursuant to Rule 41(a)(1)(A)(ii) of the

1

1  Federal Rules of Civil Procedure, the United States of America voluntarily

2  dismisses without prejudice the claim asserted in this action against Defendant.

3  Defendant stipulates to dismissal of this claim.

4

5  Dated: April 1, 2016

6                          DEPARTMENT OF JUSTICE
                           ANTITRUST DIVISION

7

                        By:   /s/ William H. Jones II
8                                William H. Jones II

9                          Attorney for the United States of America

10

11  Dated: April 1, 2016

12                          SIDLEY AUSTIN LLP

13                          By:   /s/ Peter K. Huston
                                  Peter K. Huston
14

                        Attorney for Tribune Publishing Co.
15

16

         I attest that Defendant's counsel concurs in this filing's
17          content and has authorized its filing.

18                          By:   /s/ William H. Jones II
                                  William H. Jones II
19

20

# CERTIFICATE OF SERVICE

I hereby certify that I caused this Stipulation to be filed through the Court's Electronic Filing System (ECF), which will provide service to counsel of record.

Dated: April 1, 2016

                            DEPARTMENT OF JUSTICE
                            ANTITRUST DIVISION

                            By:   /s/ William H. Jones II
                                  William H. Jones II

                            Attorney for the United States of America